### 3052.  RAWLINS *v.* CLEMENTS.

POWELL, J.  1. The evidence supports the verdict. The instructions to the jury on the subject of impeachment of witnesses were not confusing or otherwise erroneous.

2. The alleged newly discovered testimony does not demand a new trial, and this court will not overrule the exercise of discretion by the trial judge in relation thereto.                    *Judgment affirmed.*

DECIDED JUNE 7, 1911.

Trover; from city court of McRae—Judge Graham.  September 19, 1910.

*L. C. Harrell, Tom Eason, B. M. Frizzell, Hal Lawson,* for plaintiff in error.  *Wooten & Mann,* contra.